# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Medvin Obed Avalos Florian

                                          Plaintiff,

v.                                                                   Case No.: 1:16–cv–02243
                                                                  Honorable Sidney I. Schenkier

Village Pizza and Pub, LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 25, 2016:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status and motion hearings held. The parties report that the case is now settled. The parties' unopposed oral motion for approval of FLSA settlement is granted. The Court enters the approval of settlement. The case is hereby dismissed with prejudice and with each side to bear its own attorneys' fees and costs. Civil case terminated. Mailed notice. (jj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.